# United States District Court

**FILED**

Eastern District of California

NOV 20 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
MB
DEPUTY CLERK

| UNITED STATES OF AMERICA | FIRST AMENDED CRIMINAL COMPLAINT |
|---|---|
| V. | |
| NIKOLAS FREDDIE WOLF | DOCKET NUMBER: 6:17-mj-0070-MJS |

I, Legal Officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Nikolas Freddie WOLF did:

**Count 1:** Fail to use safety belts, in violation of Title 36 Code of Federal Regulations §4.15
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Drive a motor vehicle while using a wireless phone, in violation of Title 36 Code of Federal Regulation §4.2(b), incorporating California Vehicle Code §23123
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Fail to provide evidence of financial responsibility, in violation of Title 36 Code of Federal Regulation §4.2(b), incorporating California Vehicle Code §16028(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Fail to provide evidence of current vehicle registration, in violation of Title 36 Code of Federal Regulation §4.2(b), incorporating California Vehicle Code §4000(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Drive a vehicle with a defective windshield, in violation of Title 36 Code of Federal Regulation §4.2(b), incorporating California Vehicle Code §26710
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I declare under penalty of perjury that the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

___11/20/17___
Date

___*Signature*___
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

___11/20/17___
Date

___*Signature*___
Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California